**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| *In re BAYCOL PRODUCTS LITIGATION* | MDL No. 1431 (MJD/JGL) |
| This Document Relates to: | |
| *William H. Wise v. Bayer Corp.* | Case No. 02-0190 |

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiff and counsel for defendant that the above-captioned matter be and is hereby voluntarily dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1). The parties shall each bear their own costs.

Dated: 5/3/04

Stacey E. Tjon

Mike Miller
Stacey E. Tjon
SOLBERG STEWART MILLER & TJON
1129 Fifth Avenue South
P.O. Box 1897
Fargo, ND 58107
(701) 237-3166

Thomas J. Johnson
THOMAS J. JOHNSON, P.C.
The Falls Center Building
431 North Phillips Avenue, Suite 300
Sioux Falls, SD 47104
(605) 335-1778

*Attorneys for Plaintiffs*

SCANNED
MAY 24 2004
U.S. DISTRICT COURT MPLS

Dated: 5/6/04

Susan A Weber /WSH

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Gene C. Schaerr
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

*Counsel for Bayer Corporation*

**IT IS HEREBY ORDERED**, pursuant to the above Stipulation, that the above-captioned matter is dismissed with prejudice.

DATED: MAY 21 2004

The Honorable Michael J. Davis
United States District Court

*Wise*, No. 02-0190



CHI 2935565v1